Leigh O. Curran (# 173322)
 lcurran@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
 CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Telephone: (626) 535-1900
Facsimile: (626) 577-7764

Attorneys for Defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A, successor by merger to Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (sued as Wachovia Mortgage, FSB and Wells Fargo Bank, N.A.) ("Wells Fargo")

Robert P. Gates (# 45210)
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
220 Montgomery Street, Suite 315
San Francisco, CA  94104
Telephone: (415) 392-5431
Facsimile: (415) 392-1978

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA M. CHANG,<br><br>          Plaintiffs,<br><br>v.<br><br>WACHOVIA MORTGAGE, FSB, a national association; WELLS FARGO BANK, N.A., a national association; and DOES 1 through 50, inclusive,<br><br>          Defendants. | CASE NO.: 3:11-CV-01951-SC<br>The Honorable Samuel Conti<br><br>**ORDER DISMISSING SECOND, THIRD, FOURTH, AND FIFTH CLAIMS FOR RELIEF** |

/ / /

/ / /

/ / /

/ / /

/ / /

Based on the stipulation entered into by and between plaintiff Cynthia Chang and defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A, successor by merger to Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (sued as Wachovia Mortgage, FSB and Wells Fargo Bank, N.A.) ("Wells Fargo") through their counsel of record, and good cause appearing, IT IS ORDERED:

1. Pursuant to Fed. R. Civ. P. 41(b), the second claim for fraud, misrepresentation, and reckless disregard and fourth claim for violation of California Business and Professions Code Section 17200 are dismissed <u>with</u> prejudice.

2. Wells Fargo shall file and serve its answer to the First Amended Complaint on or before December 22, 2011.

DATED: 12/8/11



HON. SAMUEL CONTI
SENIOR DISTRICT JUDGE

CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On December 8, 2011, I served a copy of the foregoing document entitled:

**ORDER DISMISSING SECOND, THIRD, FOURTH, AND FIFTH CLAIMS FOR RELIEF**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

Robert P. Gates
Erskine & Tulley, A Professional Corporation
220 Montgomery Street, Suite 315
San Francisco, CA 94104
Tel: (415) 392-5431  Fax: (415) 392-1978
Email: attgates@pacbell.net
*Attorneys for*
*Plaintiff Cynthia Chang*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on **December 8, 2011**.

| Kimberly Wooten | /s/ Kimberly Wooten |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

CASE NO. 3:11-cv-01951-SC
CERTIFICATE OF SERVICE