Leigh O. Curran (# 173322)
  lcurran@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Telephone: (626) 535-1900
Facsimile: (626) 577-7764

Attorneys for Defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A, successor by merger to Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (sued as Wachovia Mortgage, FSB and Wells Fargo Bank, N.A.) ("Wells Fargo")

Robert P. Gates (# 45210)
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
220 Montgomery Street, Suite 315
San Francisco, CA 94104
Telephone: (415) 392-5431
Facsimile: (415) 392-1978

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA M. CHANG,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WACHOVIA MORTGAGE, FSB, a national association; WELLS FARGO BANK, N.A., a national association; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO.: 3:11-CV-01951-SC<br>The Honorable Samuel Conti<br><br>**ORDER DISMISSING SECOND, THIRD, FOURTH, AND FIFTH CLAIMS FOR RELIEF** |

/ / /

/ / /

/ / /

/ / /

/ / /

1  Based on the stipulation entered into by and between plaintiff Cynthia Chang and defendant
2  Wachovia Mortgage, a division of Wells Fargo Bank, N.A, successor by merger to Wells Fargo
3  Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (sued as
4  Wachovia Mortgage, FSB and Wells Fargo Bank, N.A.) ("Wells Fargo") through their counsel of
5  record, and good cause appearing, IT IS ORDERED:

6  1.  Pursuant to Fed. R. Civ. P. 41(b), the second claim for fraud, misrepresentation, and
7  reckless disregard and fourth claim for violation of California Business and Professions Code
8  Section 17200 are dismissed <u>with</u> prejudice.

9  2.  Wells Fargo shall file and serve its answer to the First Amended Complaint on or
10 before December 22, 2011.

12 DATED: 12/8/11



HON. SAMUEL CONTI
SENIOR U.S. DISTRICT JUDGE

2

CASE NO.: 3:11-CV-01951-SC
ORDER DISMISSING CLAIMS

CERTIFICATE OF SERVICE

1

2   I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On December 8, 2011, I served a copy of the foregoing document entitled:

**ORDER DISMISSING SECOND, THIRD, FOURTH, AND FIFTH CLAIMS FOR RELIEF**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

Robert P. Gates
Erskine & Tulley, A Professional Corporation
220 Montgomery Street, Suite 315
San Francisco, CA 94104
Tel: (415) 392-5431   Fax: (415) 392-1978
Email: attgates@pacbell.net
*Attorneys for*
*Plaintiff Cynthia Chang*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on **December 8, 2011**.

| Kimberly Wooten | /s/ Kimberly Wooten |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

CASE NO. 3:11-cv-01951-SC
CERTIFICATE OF SERVICE