IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA M. CHANG, | ) Case No. C-11-1951 SC |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| WACHOVIA MORTGAGE, FSB, a national association; WELLS FARGO BANK, N.A., a national association; and DOES 1 through 50, inclusive, | ) |
| Defendants. | ) |

On August 6, 2012, the Court granted Defendants Wachovia Mortgage, FSB and Wells Fargo Bank, N.A.'s motion for summary judgment. ECF No. 57 ("Order"). In accordance with the Order, the Court now enters judgment in favor of Defendants Wachovia Mortgage, FSB and Wells Fargo Bank, N.A. and against Plaintiff Cynthia M. Chang.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: August 6, 2012

United States District Judge